PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON BAILEY, <br><br> Defendant. | CASE NO. 1:21-CR-00115-DAD-BAM <br><br> MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on April 29, 2021, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: January 28, 2022              PHILLIP A. TALBERT
                                     Acting United States Attorney


                              By:    */s/ Stephanie M. Stokman*
                                     STEPHANIE M. STOKMAN
                                     Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| JASON BAILEY, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 29, 2021 be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **January 28, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2