```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
JASON BAILEY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 21 CR 0115 ADA-BAM |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD |
| V. | [ORDER] |
| JASON BAILEY, | |
| Defendant. | |

On April 29, 2021, an indictment of Defendant BAILEY and seven others was filed, alleging in Mr BAILEY's case, alleging unlawful possession of a firearm. On February 2, 2022, Magistrate Judge BOONE appointed attorney James R. Homola to represent Mr. BAILEY. On March 13, 2023, Mr. BAILEY entered a plea of guilty to the charge, and on March 29, 2023, he was sentenced in proceedings before Judge Ana De Alba.

Mr. BAILEY is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. BAILEY, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: July 14, 2023          Respectfully submitted,

                              /s/ James R. Homola
                              JAMES R. HOMOLA
                              Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant BAILEY at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Jason Bailey
USM #83803-509
JID 142697. Bkng # 2211566
P.O. Box 872
Fresno, CA  93712
```

IT IS SO ORDERED.

Dated:   July 17, 2023                    _____
                                          UNITED STATES DISTRICT JUDGE